IN THE UNITED STATES DISTRICT COURT

FOR THE ~~EASTERN~~ Middle DISTRICT OF NORTH CAROLINA

_____ DIVISION

Bernice E. Benitez
_____ )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Mr. Jermaine Reed ) Maximum
Ms. Menessa Boxter ) Healthcare Services
Mr. Wes Newman )
Ms. Kristian Mendoza )

(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 1:12CV1195
(To be assigned
by the Clerk of
District Court)

FILED
NOV 07 2012
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By ___

## COMPLAINT

1. Plaintiff resides at 7824 Pittsboro-Goldston Rd - Bear Creek, N.C.

1

2. Defendant(s) name(s): Mr. Jermaine Reed, Ms Meresa Bafta, Mr. Wes Newman, Ms Kristien Mearrow Maxim Healthcare Services

Location of principal office(s) of the named defendant(s):

7227 Lee DeForest Drive Columbia, MD 21046

Nature of defendant(s) business: Health Care Services

Approximate number of individuals employed by defendant: 50+

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) __X__ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) _____ Other acts as specified below:

2

_____

_____

_____

_____

_____

_____

_____

_____

_____

5.  Plaintiff is:

    (A)  _____ presently employed by the defendant.

    (B)  __X__ not presently employed by the defendant.

    The dates of employment were _____.

    Employment was terminated because:

    (1)  __X__ plaintiff was discharged.

    (2)  _____ plaintiff was laid off.

    (3)  _____ plaintiff left job voluntarily.

6.  Defendant(s) conduct is discriminatory with respect to the following:

    (A)  _____ my race.

    (B)  _____ my religion.

    (C)  _____ my sex.

3

(D) _____ my national origin.

(E) __X__ other as specified below:

_my disability - I had an emotional in 2001._
_I had medical treatment and was able to work_

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

_Mr. Jeramain Reed - Black - male - account manager_
_Ms. Merusa Baxter - white - female - Supervisor_
_Mr. Wes Newman - Recruiter, all male Caucasian,_
_Ms. Kristin Mescanaw - Social service Supervisor_
_Maxim Healthcare services - employer_

8. The alleged discrimination occurred on or about _4-28-2011_ .

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

_The mother of the client I was providing nursing care for moved often from Burlington to Greensboro. She moved on Dec. 14th 2009. I was out of work. When she settled down again I was called to work_

4

again. I was to go the maxim office for time sheets and direction to clients new house. This was arranged by mr taylor. I arrived at 9 Am on april 28th, 2011. Mr taylor was not there. Another recruiter name mr wes stepped up and said "oh, didnt taylor tell you not to come." I replied "no." mr. wes told me that I couldnt work for maxim any longer, I asked him why and he told me that.

10. The alleged illegal activity took place at: Maxim Greensboro office

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about May 2011. I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on August 10th 2012 ( was sent august 7th 2012

12. I seek the following relief:

(A) ✓ recovery of back pay;

(B) _____ reinstatement to my former job;

(C) ✓ trial by jury on all issues so triable;

and any other relief as may be appropriate, including

5

I had a mental problem and couldn't work with their clients, when I questioned him he said I need to talk to mrs. meressa. at that time ms. meressa came from her office and said I couldn't work any longer and if I wanted to change that decision I need to speak with ms Kristian miscrow from chatham DSS. I went to my car because I was shocked. I called ms miscow and she refused to speak with me. I went back inside and asked for a paper showing my dismissal. at that time a tall gentleman came from nowhere and said "we don't do that. we don't give papers. I asked him who he was and was he the boss.

He got right in my face and said "yes". He asked the other staff to get me a paper and he'd sign it. I got outside and it was signed Jermaine Reed. A copy of his letter is enclosed. Until today I still don't know why things turned out the way they did. I had a set back in 2001 but doctors cleared me to return to work years later.

Bernice Benitez

injunctive orders, damages, costs and attorney's fees.

11-7-2012
Date

Bernice E. Benite
Signature of Plaintiff

7824 Pittsboro-Goldston Rd
Bear Creek, NC 27207
919-842-9148
Address and Phone Number of Plaintiff

6