IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

BERNICE E. BENITEZ,              )
                                 )
              Plaintiff,         )
       v.                        )    1:12CV1195
                                 )
MAXIM HEALTHCARE SERVICES,       )
JERMAINE REED, MERESSA BAXTER,   )
WES NEWMAN, and KRISTIAN MESCOW[1], )
                                 )
              Defendants.        )
_____ )

# JUDGMENT

BEATY, District Judge.

For the reasons set forth in the Memorandum Opinion and Order filed contemporaneously herewith,

IT IS ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss [Doc. #20] filed by Defendant Maxim Healthcare Services, Inc. is hereby GRANTED. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Joint Motion to Dismiss [Doc. #22] filed by Defendants Jermaine Reed, Marissa Baxter, and Wes Newman is hereby GRANTED. IT IS FURTHER ORDERED, ADJUDGED, and DECREED that the Motion to Dismiss [Doc. #24] filed by Defendant Kristen Miskow is hereby GRANTED. FINALLY,

---

[1] Based on the information on the docket, the names of the third Defendant and the last Defendant listed in the caption are spelled "Meressa Baxter" and "Kristian Mescow," respectively. However, pursuant to the summonses issued to each Defendant, and pursuant to their respective Motions to Dismiss, [Doc. #22 & #24], the correct spellings of their respective names appear to be "Marissa Baxter" and "Kristen Miskow." As such, the Court will refer to these Defendants throughout this Judgment as Marissa Baxter and Kristen Miskow, where appropriate.

IT IS ORDERED, ADJUDGED, and DECREED that this action is DISMISSED WITH PREJUDICE against all Defendants.

This, the 9th day of July, 2013.

_____
United States District Judge